# UNITED STATES BANKRUPTCY COURT

## Northern District of Georgia

In Re: Debtor(s)
**Civil Works US, LLC**
418 Abbington River Lane
Atlanta, GA 30339

**81−4089561**

Case No.: **23−57516−bem**
Chapter: **7**
Judge: **Barbara Ellis−Monro**

## ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, DISCHARGING TRUSTEE AND CLOSING ESTATE

It appearing to the Court that

### S. Gregory Hays

the Trustee in said case, has filed a report of no distribution and that said Trustee has performed all other and further duties as required in the administration of said estate;

**IT IS THEREFORE ORDERED** that said report be and it hereby is approved and that the said estate be and it hereby is closed; that the Trustee be and hereby is discharged from and relieved of the trust.

_____
Barbara Ellis−Monro
United States Bankruptcy Judge

Dated:  February 22, 2024
Form 184